IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES MARK LEROY,

    Defendant.

Criminal No. 16-00243
ELECTRONICALLY FILED

## Verdict Form

We, the jury in the above-captioned case, have unanimously made the following findings:

1. As to Count One (Travel with Intent to Engage in Illicit Sexual Conduct, on or about June 28, 2015 to July 1, 2015, with Minor A), the Jury finds defendant James Leroy:

   \_\_\_\_\_ Not Guilty

   \_\_\_\_\_ Guilty

2. As to Count Two (Transportation with Intent to Engage in Criminal Sexual Activity, on or about June 28, 2015 to July 1, 2015, with Minor A), the Jury finds defendant James Leroy:

   \_\_\_\_\_ Not Guilty

   \_\_\_\_\_ Guilty

3. As to Count Three (Travel with Intent to Engage in Illicit Sexual Conduct, on or about February 13, 2016 to February 15, 2016, with Minor A and Minor B), the Jury finds defendant James Leroy:

   _____ Not Guilty

   _____ Guilty

4. As to Count Four (Transportation with Intent to Engage in Criminal Sexual Activity, on or about February 13, 2016 to February 15, 2016, with Minor A and Minor B), the Jury finds defendant James Leroy:

   _____ Not Guilty

   _____ Guilty

SO SAID BY ALL:
This _____ day of _____, 2017.

JURORS:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____