IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 16-243 |
| JAMES MARK LEROY | Honorable Arthur J. Schwab |

## ORDER

AND NOW, this 10th day of January, 2017, upon consideration of the Government's Motion for an Order to Protect the Identification of Minor Victims and Witnesses, IT IS ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED:

(1) the parties maintain the confidentiality of documents and discovery provided to or made available to defense counsel identifying minors in this case. Defense counsel will not share any documents that contain protected information with anyone other than defense counsel and designated defense investigators and staff and, further, will store the discovery in a secure place and use reasonable care to ensure that it is not disclosed to third persons;

(2) that papers that are to become part of the public record in this case identify minors only by their first name and last initial;

(3) that during the pre-trial, trial, and post-trial proceedings, the minors be referred to only by their first name and last initial;

(4) that attorneys for the defendant and their employees refrain from disclosing personally identifying information of the minors to the defendant. Defendant may review

unredacted documents in the presence of his attorney, defense investigators, and staff but defendant shall not be permitted to copy any of the protected information contained in the discovery;

(5) that the discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense counsel will return the discovery to the government or certify that it has been destroyed at the conclusion of the case;

(6) in the event that the defendant substitutes counsel, defense counsel must withhold discovery from new counsel unless and until the Court modifies this Order regarding such transfer of discovery or substitute counsel also agrees to be bound by this Order; and

(7) defense counsel, defense investigators, and designated staff shall make no extrajudicial statements regarding the contents of any items of discovery provided by the government.

IT IS FURTHER ORDERED that all papers to be filed in court that disclose the name or other information concerning a child shall be filed under seal without necessity of obtaining a court order.

BY THE COURT

_____
ARTHUR J. SCHWAB
U.S. District Court Judge