IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES MARK LEROY,

    Defendant.

Criminal No. 16-0243
Civil Action 21-431
ELECTRONICALLY FILED

## Judgment Order

And now, this 27th day of April, 2023, for the reasons set forth in the accompanying Memorandum Opinion, Petitioner/Defendant's Motions (Amended/Redacted/Supplemental) to Vacate under Title 28 U.S.C. Section 2255 are DENIED (Doc. No. 221, Doc. No. 225 and Doc. No. 241).

It is further ORDERED, for the reasons set forth in the accompanying Memorandum Opinion, that no certificate of appealability will be issued. 28 U.S.C. § 2253(c)(2).

Judgment is entered in favor of Respondent and against Petitioner, James Mark Leroy, and the Clerk shall mark the civil docket as closed.

                                            s/Arthur J. Schwab
                                            Arthur J. Schwab
                                            United States District Judge

cc:    All ECF-registered counsel of record